# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

---

### JUDGMENT IN A CIVIL CASE

David Salley,

    Plaintiff,

    V.                    Case No. 18-3197-CV-S-BCW-P

Corizon, Health Services, et al.,

    Defendants.

☐    **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■    **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: ORDERED that:
(1) Plaintiff's motion for summary judgment (Doc. 46) is denied for the reasons set forth herein;
(2) Defendants' cross motion for summary judgment (Doc. 47) is granted; and
(3) this case is dismissed.

Entered on: <u>May 6, 2019.</u>

                                        PAIGE WYMORE-WYNN
                                        CLERK OF COURT


                                        <u>/s/ C. Davies</u>
                                        (By) Deputy Clerk